**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

SEP 26 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VINESH KUMAR SINGH, | No. 15-72503 |
| Petitioner, | Agency No. A096-674-693 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted September 11, 2017
San Francisco, California

Before: KOZINSKI and FRIEDLAND, Circuit Judges, and BENNETT,** District Judge.

Vinesh Singh argues that the state-created danger doctrine prohibits the federal government from deporting him to Fiji, where it would be harder for him to obtain treatment for a medical condition he contracted while serving a sentence in

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, sitting by designation.

a California prison.  *See L.W. v. Grubbs*, 974 F.2d 119, 121-22 (9th Cir. 1992).

We assume for the purposes of this appeal that a deportation could be enjoined

based on the state-created danger doctrine.  *See Morgan v. Gonzales*, 495 F.3d

1084, 1093 (9th Cir. 2007).  And we assume that Singh might be entitled to

factfinding in a district court if he alleged a colorable claim under that state-created

danger doctrine.  *See id.* at 1090.

We deny the petition, however, because Singh lacks a colorable claim on the

merits.[1]  Because federal officials were not involved in creating the danger Singh

allegedly faces, the law does not require federal officials to protect him from it.

*Compare, e.g.*, *Wang v. Reno*, 81 F.3d 808, 818 (9th Cir. 1996).

**PETITION DENIED.**

---

[1] Singh's request for judicial notice of court documents in another lawsuit is granted.  *See* Fed. R. Evid. 201.